| 1. Person Reporting (last name, first, middle initial)<br><br>Specie, Karen K. | 2. Court or Organization<br><br>U.S. Bankruptcy Court Northern District of Florida | 3. Date of Report<br><br>07/17/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>Northern District of Florida<br>110 East Park Ave., Ste 200<br>Tallahassee, FL 32301 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Specie Law Firm, LLC - as sole attorney and member, entitled to any A/R that may be collected |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Specie Law Firm, LLC - service income (gross to LLC) | $3,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | �altered▬▬▬▬▬▬▬ |
| 2. | 2014 | ▬▬▬▬▬▬▬▬▬▬▬ |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar Association Business Law Section | 01/22/2014 thru 01/23/2014 | Reunion, Florida | Educational Seminar | Lodging, meals, transportation |
| 2. | FLNB | 02/27/2014 thr 02/28/2014 | Orlando, Florida | Administrative Meeting (Mortgage Modification Mediation) | Lodging, transportation |
| 3. | American College of Bankruptcy | 03/13/2014 thru 03/15/2014 | Washington, DC | Educational Seminar, Induction Ceremony | Registration, lodging, meals, transportation |
| 4. | Florida Bar Association Business Law Section | 08/29/2014 thru 09/01/2014 | Naples, FL | Business Law Retreat | Lodging, meals, transportation |
| 5. | Northern District of Florida Bankruptcy Bar Association | 09/18/2014 thru 09/19/2014 | Destin, FL | Educational Seminar | Lodging, meals, transportation |

| 6. | FLNB | 09/30/2014 thru 10/03/2014 | Santa Rosa Beach, FL | Court governance or administrative/managerial meeting | Lodging, meals, transportation |
|---|---|---|---|---|---|
| 7. | National Conference of Bankruptcy Judges | 10/07/2014 thru 10/10/2014 | Chicago, IL | Annual Conference | Lodging |
| 8. | The Florida Bar Association | 11/05/2014 thru 11/78/2014 | Tampa, Miami, FL | Educational Seminar (speaker on panel) | Lodging, meals, transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Alarion Bank | Line of Credit - personal | J |
| 2. | Alarion Bank | Line of Credit - business | J |
| 3. | American Express | various credit cards | J |
| 4. | Chase | various credit cards | J |
| 5. | Drummond Community Bank | Commericial real estate loan | N |
| 6. | Drummond Community Bank | Line of Credit - personal | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alarion Bank - accounts | A | Interest | J | T | | | | | |
| 2. Merchants & Southern Bank - account | A | Interest | K | T | | | | | |
| 3. SunTrust Bank - accounts | A | Interest | J | T | | | | | |
| 4. Capital City Bank - accounts | | None | J | T | | | | | |
| 5. Note Receivable - ▓▓▓▓ ▓▓▓▓ | E | Interest | N | T | | | | | |
| 6. Vacant Lots 3 & 4, Steinhatchee Subd., Taylor Co., FL (See Part VIII) | | None | K | S | | | | | |
| 7. ▓▓▓▓▓▓▓▓ | E | Distribution | J | U | | | | | |
| 8. ▓▓▓▓▓▓▓▓ | G | Interest | M | T | | | | | |
| 9. Farming operation - Alachua Co., FL | A | Distribution | J | T | | | | | |
| 10. SEP IRA - Raymond James cash equivalent | A | Interest | K | T | | | | | |
| 11. IRA-Raymond James cash equivalent | A | Interest | K | T | Open | 04/29/14 | K | | |
| 12. | | | | | | | | | |
| 13. IRA #6 - FILER(▓▓▓ | A | Int./Div. | M | T | | | | | |
| 14. -Deutche Global Real Estate (formerly DWS RReef Global Real Estate) | | | | | | | | | |
| 15. -American Beacon Stephens Small Cap Grown Fund Class Y | | | | | Sold (part) | 05/06/14 | J | A | |
| 16. -Artisan Small Cap Value Fund Investor Class | | | | | Sold (part) | 05/06/14 | J | A | |
| 17. -Brown Advisory Growth Equity Fund Investor Shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Columbia Acorn Emerging Markets Fund Class Z | | | | | | | | | |
| 19. -EuroPacific Growth Fund Class F1-American Funds | | | | | Buy (add'l) | 05/06/14 | J | | |
| 20. -JPMORGAN Mid Cap Value Fund Institutional Shares | | | | | | | | | |
| 21. -John Hancock Disciplined Value Fund Class A | | | | | | | | | |
| 22. -JPMORGAN International Value Fund Institutional Class | | | | | Buy (add'l) | 08/18/14 | J | | |
| 23. -JPMORGAN U.S. Large Cap Core Plus Fund Select Class | | | | | Buy (add'l) | 05/06/14 | J | | |
| 24. -Lazard Emerging Markets Equity Port Institutional SHS | | | | | | | | | |
| 25. -MFS International Growth Fund Class I | | | | | | | | | |
| 26. -MFS Research Fund Class A | | | | | Buy (add'l) | 08/18/14 | J | | |
| 27. -Manning & Napier Equity Series | | | | | Buy (add'l) | 05/06/14 | J | | |
| 28. -Victory Munder (formerly Munder International Small-Cap Fund Class Y) | | | | | | | | | |
| 29. -AMG-SouthernSun (formerly Southernsun US Equity Fund Institutional) | | | | | | | | | |
| 30. -Prudential Jennison Mid Cap Growth Fund Class Z | | | | | | | | | |
| 31. -T. Rowe Price International Discovery Fund | | | | | Sold | 08/18/14 | J | A | |
| 32. -AQR Managed Futures Strategy Fund Class N | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. IRA #7 - FILER ( ▓ | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Aston/River Road Div All Cap Value Fund Class I | | | | | Sold (part) | 08/07/14 | J | A | |
| 36. -Deutche Global Real Estate (formerly DWS Rreef Global Real Estate ) | | | | | | | | | |
| 37. -Capital Income Builder Fund Class F2-American Funds (X) | | | | | Buy (add'l) | 08/07/14 | J | | |
| 38. -Federated Strategic Value Dividend Fund Inst Shares IS (X) | | | | | Sold (part) | 08/07/14 | J | A | |
| 39. -Franklin Income Fund Advisor Class (X) | | | | | | | | | |
| 40. -Clearbridge Equity Income Fund Class A (X) | | | | | Sold (part) | 08/07/14 | J | A | |
| 41. -MFS Utilities Fund Class A | | | | | Sold (part) | 08/07/14 | J | A | |
| 42. -Mainstay Epoch Global Equity Yield Fund Class A (X) | | | | | Sold (part) | 08/07/14 | J | A | |
| 43. -Principal Small Mid Cap Dividend INcome Fund Class P | | | | | Sold (part) | 08/07/14 | J | A | |
| 44. -Principal Preferred Securities Fund Class P | | | | | Buy (add'l) | 08/07/14 | J | | |
| 45. -Prudential Jennison Equity Income Fund Class Z (X) | | | | | Sold (part) | 08/07/14 | J | A | |
| 46. -Geneva Advisors Equity Income Fund Class I | | | | | Buy (add'l) | 08/07/14 | J | | |
| 47. | | | | | | | | | |
| 48. IRA # 2 - ▮▮▮ | D | Int./Div. | L | T | | | | | |
| 49. - Deutche Global Real Estate (formerly DWS Rreef Global Real Estate) | | | | | | | | | |
| 50. -Europacific Growth Fund | | | | | Buy (add'l) | 05/06/14 | J | | |
| 51. -J P Morgan Int'l Value | | | | | Buy (add'l) | 08/18/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -J P Morgan US Large Cap Core | | | | | Buy (add'l) | 05/06/14 | J | | |
| 53. -Lazard Emerging Markets | | | | | | | | | |
| 54. -MFS Research Fund Class A | | | | | | | | | |
| 55. -Manning & Napier Equity | | | | | Buy (add'l) | 05/06/14 | J | | |
| 56. -Victory Munder (formerly Munder International Small Cap) | | | | | | | | | |
| 57. -Prudential Jennison Mid Cap | | | | | | | | | |
| 58. -T Rowe Price International | | | | | Sold | 08/18/14 | J | B | |
| 59. -American Beacon Stephens Small Cap Growth Fund Class Y | | | | | Sold (part) | 05/06/14 | J | A | |
| 60. -Artisan Small Cap Value Fund Investor | | | | | Sold (part) | 05/06/14 | J | A | |
| 61. -Brown Advisory Growth Equity Fund Investor Shares | | | | | | | | | |
| 62. -Columbia Acorn Emerging Markets Fund Class Z | | | | | | | | | |
| 63. -JPMorgan Mid Cap Value Fund Institutional Shares | | | | | | | | | |
| 64. -John Hancock Disciplined Value Fund Class A | | | | | | | | | |
| 65. -MFS International Growth Fund Class I | | | | | Buy (add'l) | 08/18/14 | J | | |
| 66. -Southernsun US Equity Fund Institutional | | | | | | | | | |
| 67. -AQR Managed Futures Strategy Fund Class N | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 07/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - LINE 7 - VALUE OF STEINHATCHEE LOTS, TAYLOR COUNTY, FL - per Taylor County Tax Collector assessment for tax year 2014 - $34,300

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen K. Specie**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544